UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THEODORE TINSLEY, | : | |
| Petitioner | : | CIVIL ACTION NO. 3:15-1296 |
| v. | : | JUDGE MANNION |
| WARDEN R.A. PERDUE, | : | |
| Respondent | : | |

## O R D E R

Based upon the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) the petition for writ of habeas corpus, **(Doc. 1)**, is **DISMISSED** for the petitioner's failure to exhaust administrative remedies; and

(2) the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Date: May 3, 2016

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1296-01-ORDER.wpd