# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THEODORE TINSLEY,** | : |
| **Petitioner** | : |
| | :     **CIVIL ACTION NO. 3:15-1296** |
| v. | : |
| | :     **(Judge Mannion)** |
| **WARDEN R.A. PERDUE** | : |
| | : |
| **Respondent** | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT** the Petitioner' motion for reconsideration, (Doc. 10), seeking reconsideration of the Court's May 3, 2016 Memorandum and Order dismissing the above-captioned action for failure to exhaust administrative remedies, (Docs. 7–8), is **DENIED**.

                                                   s/ *Malachy E. Mannion*
                                               **MALACHY E. MANNION**
                                               **United States District Judge**

**Dated:   February 14, 2017**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1296-02-Order.wpd